UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL SHANAHAN, *individually and on behalf of those similarly situated,* | Case No. 1:19-cv-2477 |
| and | Judge Pamela A. Barker |
| LEVORA ADDISON, *individually and on behalf of those similarly situated,* | **JOINT MOTION TO EXTEND STAY OF PROCEEDINGS** |
| Plaintiffs, | |
| v. | |
| KEYBANK, | |
| Defendant. | |

Plaintiffs Daniel Shanahan and LeVora Addison ("Plaintiffs") and Defendant KeyBank National Association, ("Defendant"), respectfully move this Court to extend the current stay of all proceedings through April 30, 2020, including the current briefing deadlines in place with respect to Defendant's Motion to Compel Arbitration and Dismiss Plaintiff's First Amended Complaint. (Doc. #: 16). This motion is not for purposes of delay. The parties are in the process of scheduling mediation for March or April, 2020, and wish to conserve resources while they explore whether this matter can be resolved without further litigation. Extending the current stay will not prejudice the parties.

|  | Respectfully submitted, |
|---|---|
| /s/ *Justin Swidler (email consent)* | /s/ *Corey N. Thrush* |
| Matthew D. Miller (PA ID: 312387) | John Gerak (0075431) |
| Justin L. Swidler (PA ID: 205954) | Corey N. Thrush (0085985) |
| Swartz Swidler, LLC | Ogletree, Deakins, Nash, Smoak & Stewart, P. C. |
| 1101 Kings Highway N., Suite 402 | Key Tower |
| Cherry Hill, NJ 08034 | 127 Public Square, Suite 4100 |
| 856.685.7420 | Cleveland, OH 44114 |
| 856.685.7417 (FAX) | 216. 241. 6100 |
| Email: mmiller@swartz-legal.com | 216. 357. 4733 (FAX) |
|       jswidler@swartz-legal.com | Email: john.gerak@ogletree. com |
|  |       corey.thrush@ogletree. com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 30, 2019 a copy of the foregoing *Joint Motion to Stay Proceedings* was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                              */s/ Corey N. Thrush*
                                                              *One of the Attorneys for Defendant*

41238654.1