UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DANIEL SHANAHAN, LEVORA ADDISON,
MICHAEL ALAGICH, JAMIE SEROW,
ALEJANDRO SOLANO, and LAURIE
KIELBANIA, on behalf of themselves and all
those similarly situated,

        **Plaintiffs,**

    **v.**

KEYBANK, N.A.,

        **Defendant.**

**Case No. 1:19-cv-2477**

**Judge Pamela A. Barker**

**PLAINTIFFS' UNOPPOSED
MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT,
CONDITIONAL CERTIFICATION OF THE SETTLEMENT CLASS, APPOINTMENT
OF PLAINTIFFS' COUNSEL AS CLASS COUNSEL, AND APPROVAL OF THE
PROPOSED NOTICE AND CLASS ACTION SETTLEMENT PROCEDURE**

Plaintiffs Daniel Shanahan, Levora Addison, Michael Alagich, Jamie Serow, Alejandro

Solano, and Laurie Kielbania ("Plaintiffs") respectfully move this Court for an Order:

1.     Granting preliminary approval of the Parties' Settlement with respect to Fed. R.

Civ. P. 23 New York, Pennsylvania, Connecticut, Oregon and Massachusetts Classes'

(collectively, "Class Members") claims;

2.     Granting conditional certification of the Class Members, as defined in the Parties'

Settlement Agreement, for settlement purposes;

3.     Appointing Shavitz Law Group, P.A., Outten & Golden LLP, and Swartz Swidler,

LLC as counsel for the Class Members;

4.     Approving A.B. Data, Ltd. as Settlement Administrator;

5.     Approving the proposed preliminary approval Settlement Notice to Class

Members and the proposed distribution method;

6.      Directing the Parties to file any timely submitted and properly completed objections with the Court no later than seven (7) days after the close of the Opt-Out Deadline;

7.      Directing the Parties to file with the Court any written responses to any filed objections no later than fourteen (14) days after the close of the Opt-Out Deadline;

8.      Directing the he Parties to file a motion for final approval of the Settlement no later than fourteen (14) days after the close of the Opt-Out Deadline; and

9.      Scheduling a Final Approval hearing at least 75 days after the Court's grant of the instant Motion.

Defendant KeyBank, N.A. ("Defendant") does not oppose the instant motion.

Dated: November 6, 2020                    Respectfully Submitted,

/s/ Matthew D. Miller
Matthew D. Miller, Esq. (PA ID: 312387)
Justin L. Swidler, Esq. (PA ID: 205954)
**SWARTZ SWIDLER, LLC**
1101 Kings Highway N., Suite 402
Cherry Hill, NJ 08034
Phone: (856) 685-7420
Fax: (856) 685-7417
mmiller@swartz-legal.com
jswidler@swartz-legal.com

/s/ Gregg I. Shavitz
Gregg I. Shavitz, Esq.*
**SHAVITZ LAW GROUP, P.A.**
951 Yamato Road, Suite 285
Boca Raton, Florida  33432
Phone: (561) 447-8888
Fax: (561) 447-8831
gshavitz@shavitzlaw.com

/s/ Justin Swartz
Justin Swartz, Esq.*
**OUTTEN & GOLDEN, LLP**
685 Third Avenue, 25th Floor
New York, NY 10017

2

Phone: (212) 245-1000
Fax: (646) 509-2057
jms@outtengolden.com

*Attorney for Plaintiffs and the Proposed Classes*


\* *Pro hac vice* application pending

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 6, 2020 a copy of the foregoing Motion was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Matthew Miller
Matthew D. Miller, Esq.