UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DANIEL SHANAHAN, LEVORA ADDISON, MICHAEL ALAGICH, JAMIE SEROW, ALEJANDRO SOLANO, and LAURIE KIELBANIA, on behalf of themselves and all those similarly situated,<br><br>                **Plaintiffs,**<br><br>   v.<br><br>KEYBANK, N.A.,<br><br>                **Defendant.** | Case No. 1:19-cv-2477<br><br>Judge Pamela A. Barker |

**PLAINTIFFS' UNOPPOSED
MOTION FOR FINAL CERTIFICATION OF THE SETTLEMENT
CLASS AND FINAL APPROVAL OF THE CLASS AND COLLECTIVE
ACTION SETTLEMENT, SERVICE AWARDS, *CY PRES*
RECIPIENT, AND ATTORNEYS' FEES AND COSTS**

Plaintiffs Daniel Shanahan, LeVora Addison, Michael Alagich, Jamie Serow, Alejandro Solano, and Laurie Kielbania ("Plaintiffs") respectfully move this Court for an Order:

1. Granting final certification of the Class Members, as defined in the Parties' Settlement Agreement, for settlement purposes;

2. Granting final approval of the Parties' Settlement with respect to Fed. R. Civ. P. 23 New York, Pennsylvania, Connecticut, Oregon and Massachusetts Classes' (collectively, "Class Members") claims;

3. Granting final approval of the Parties' Settlement with respect to the FLSA Putative Collective Action Members' claims;

4. Granting approval of the proposed Notices of Final Settlement Approval for Class Members and Putative Collective Action Members;

5. Granting approval of the request for Service Awards of $10,000 each to Plaintiffs Daniel Shanahan, LeVora Addison, Michael Alagich, Jamie Serow, Alejandro Solano, and Laurie Kielbania, and Opt-in Plaintiffs Ronald Gall, Catherine Johnson, Brenda Meehan, and Ernesto Small;

6. Granting approval to the National Employment Law Project as the *cy pres* recipient;

7. Granting approval of Class Counsel's request for one-third of the Global Settlement Fund as attorneys' fees and $XX in out-of-pocket litigation costs;

8. Granting Approval of the $42,000 payment to A.B. Data, Ltd. for fees and costs of settlement administration.

9. Dismissing the case with prejudice and directing the Clerk of the Court to enter the Final Order and Judgment immediately; and

10. Retaining jurisdiction over the construction, interpretation, implementation, and enforcement of the Settlement and over the administration of settlement benefits.

Defendant KeyBank, N.A. ("Defendant") does not oppose the instant motion.

Dated: February 18, 2021　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew D. Miller*
　　　　　　　　　　　　　　　　　　　　Matthew D. Miller, Esq. (PA ID: 312387)
　　　　　　　　　　　　　　　　　　　　Justin L. Swidler, Esq. (PA ID: 205954)
　　　　　　　　　　　　　　　　　　　　**SWARTZ SWIDLER, LLC**
　　　　　　　　　　　　　　　　　　　　1101 Kings Highway N., Suite 402
　　　　　　　　　　　　　　　　　　　　Cherry Hill, NJ 08034
　　　　　　　　　　　　　　　　　　　　Phone: (856) 685-7420
　　　　　　　　　　　　　　　　　　　　Fax: (856) 685-7417
　　　　　　　　　　　　　　　　　　　　mmiller@swartz-legal.com
　　　　　　　　　　　　　　　　　　　　jswidler@swartz-legal.com
　　　　　　　　　　　　　　　　　　　　Admitted *pro hac vice*

　　　　　　　　　　　　　　　　　　　　*/s/ Gregg I. Shavitz*
　　　　　　　　　　　　　　　　　　　　Gregg I. Shavitz, Esq.*
　　　　　　　　　　　　　　　　　　　　**SHAVITZ LAW GROUP, P.A.**

        951 Yamato Road, Suite 285
        Boca Raton, Florida  33432
        Phone: (561) 447-8888
        Fax: (561) 447-8831
        gshavitz@shavitzlaw.com
        Admitted *pro hac vice*

        */s/ Justin Swartz*
        Justin Swartz, Esq.*
        **OUTTEN & GOLDEN, LLP**
        685 Third Avenue, 25th Floor
        New York, NY 10017
        Phone: (212) 245-1000
        Fax: (646) 509-2057
        jms@outtengolden.com
        Admitted *pro hac vice*

        *Attorney for Plaintiffs and the Proposed Classes*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2021 a copy of the foregoing Motion and supporting documents was electronically filed with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Matthew Miller*
Matthew D. Miller, Esq.